UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| PAULA SANDA,<br><br>    Plaintiff<br><br>v.<br><br>BRYAN ODEGARD,<br>JESSANA GROUP, LLC AND<br>EXPRESS SCRIPTS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-cv-05026 (PAM/RLE)<br><br>**ORDER FOR DISMISSAL OF DEFEDANT EXPRESS SCRIPTS, INC.** |

The Court has received a Stipulation for Dismissal from Plaintiff's Counsel, dismissing Defendant Express Scripts, Inc.

**IT IS HEREBY ORDERED** that Defendant Express Scripts, Inc. shall be dismissed from this case.

BY THE COURT:

Dated: May ___8___, 2007           s/Paul A. Magnuson
                                   Paul A. Magnuson, Judge
                                   United States District Court