**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

Paula Sanda,

      Plaintiff,

v.

Bryan Odegard,
Jessana Group, LLC,

      Defendants.

**ORDER FOR DISMISSAL WITH PREJUDICE**

Court File No. 06-CV-05026
(PAM/RLE)

Upon the basis of the parties' Stipulation, **IT IS HEREBY ORDERED** that all claims for relief herein may be, and the same hereby are, dismissed with prejudice and without costs or any other relief to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: October 17, 2007

s/Paul A. Magnuson
**Honorable Paul A. Magnuson
Judge of United States District Court**